IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA STEELE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-4347** |
| | : | |
| **HCI DIRECT** | : | |

**ORDER**

**AND NOW**, this _____ day of July, 2002, **IT IS ORDERED** that Plaintiff's Motion To Proceed In Forma Pauperis (docket #1) is **GRANTED**, because she has satisfied the requirements of 28 U.S.C. § 1915(a)(1).[1] Accordingly, the United States Marshals Service is directed to effect service in this matter.  See Fed. R. Civ. P. 4(c)(2).

**IT IS FURTHER ORDERED** that Plaintiff's Motion To Permit Electronic Case Filing (docket #2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion To File an Amended Complaint is **GRANTED,** and that Plaintiff shall have until August 16, 2002 to file her Amended Complaint.[2]

---

[1] 28 U.S.C. § 1915(a)(1) states:

[A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.  Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

[2] Under Federal Rule of Civil Procedure 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**