IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA STEELE** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-4347** |
| **v.** | : | |
| | : | |
| **HCI DIRECT** | : | |

## ORDER

**AND NOW**, this _____ day of January, 2003, **IT IS ORDERED** that **Karin Gunter, Esquire** of the Plaintiff's Employment Attorney Panel[1] is appointed to represent Plaintiff in the above-captioned case. Plaintiff should contact the attorney within five days of receipt of this Order. The attorney's address and telephone number are:

> **Karin M. Gunter, Esq.**
> **7323 North 21st Street**
> **Philadelphia, PA 19138**
> **(215) 548-9992**

> > BY THE COURT:

> > _____
> > **BRUCE W. KAUFFMAN, J.**

---

[1] A description of the Plaintiff's Employment Attorneys Panel program is attached.