IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 02-4347 |
| HCI DIRECT | : |

## ORDER

**AND NOW**, this_____ day of October, 2003, upon consideration of Defendant's Motion for Leave to File a Reply Brief (docket no. 23) and Plaintiff's Response thereto (docket no. 24), it is **ORDERED** that the Defendant's Motion is **GRANTED**. Defendant may file a Reply Brief on or before October 9, 2003.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**