IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | : **CIVIL ACTION** |
| v. | : |
| | : **NO. 02-4347** |
| HCI DIRECT | : |

## ORDER

**AND NOW**, this_____ day of July, 2004, upon consideration of Defendant's Motion to Dismiss (docket no. 19) and Plaintiff's Response thereto, it is **ORDERED** that the Defendant's Motion is **DENIED**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**