IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 02-4347 |
| HCI DIRECT | : |

### ORDER

**AND NOW**, this 9th day of December, 2004, upon consideration of Defendant's Motion for Reconsideration (docket no. 29), it is **ORDERED** that the motion is **DENIED**.[1]

BY THE COURT:

S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.

---

[1] The Court's Order of July 28, 2004 denied Defendant HCI Direct's ("HCI") Motion to Dismiss. HCI had argued that the Amended Complaint should be dismissed, because Pro Se Plaintiff Martha Steele ("Steele") had failed to effect service within the time limit prescribed by Fed. R. Civ. P. 4(m). The Court held that she was entitled to have the Rule 4(m) deadline extended since an extension of thirty-four days would not cause HCI undue prejudice.