IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | :   **CIVIL ACTION** |
| v. | : |
| | :   NO. 02-4347 |
| HCI DIRECT | : |

**SCHEDULING ORDER**

**AND NOW**, this 10th day of February, 2005, pursuant to Federal Rule of Civil Procedure 16(b), it is **ORDERED** that the following schedule shall apply in this case:

1. Additional parties, if any, shall be joined and pleadings amended by March 7, 2005.

2. Plaintiff shall provide Expert Reports to Defendant by June 30, 2005.

3. Defendant shall provide Expert Reports to Plaintiff by August 1, 2005.

4. Discovery shall be completed by August 1, 2005.

5. Dispositive motions shall be filed by August 31, 2005.

6. Exhibits shall be exchanged by September 30, 2005.

7. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), preliminary and final jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by October 17, 2005.[1]

---

[1] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of verdict forms or special interrogatories to the jury, and preliminary and final jury instructions including a statement of the case summarizing succinctly each party's position and stating the essential elements of claims and defenses that must be proved by each party. When agreement is not reached with respect to a jury instruction, requests for that instruction must be accompanied by citation of legal authority. If a model jury

8.  This case will be placed in the Court's trial pool on **Tuesday, November 1, 2005**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

**BY THE COURT:**

<u>S/Bruce W. Kauffman</u>
**BRUCE W. KAUFFMAN, J.**

---

instruction is used (<u>e.g.</u>, Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.