IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | :   **CIVIL ACTION** |
| v. | : |
| | :   NO. 02-4347 |
| HCI DIRECT | : |

## ORDER

**AND NOW**, this  3rd  day of March, 2005, it is **ORDERED** that a status conference shall be held in the above-captioned matter on **Thursday, March 17, 2005, at 2:30 p.m.** in Courtroom 16B, United States Courthouse, 601 Market Street, Philadelphia, PA.


BY THE COURT:


  S/Bruce W. Kauffman
  BRUCE W. KAUFFMAN, J.