IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | :  CIVIL ACTION |
| v. | : |
| | :  NO. 02-4347 |
| HCI DIRECT | : |

## ORDER

AND NOW, this 10th day of March, 2005, it is **ORDERED** that the status conference scheduled for **March 17, 2005** is continued at the request of Plaintiff for medical reasons until Monday, April 18, 2005 at 4:30 p.m.

BY THE COURT:

S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.