## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA STEELE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 02-4347** |
| **HCI DIRECT** | : | |

## ORDER

    **AND NOW**, this  21st   day of March, 2005, upon consideration of Plaintiff's Motion

for Appointment of Counsel (docket no. 44), it is **ORDERED** that the Motion is **GRANTED**.  It

is **FURTHER ORDERED** that the Clerk shall appoint counsel in accordance with the Plaintiffs'

Employment Attorney Panel Program.


                    **BY THE COURT:**


                    **S/Bruce W. Kauffman**
                    **BRUCE W. KAUFFMAN,  J.**