IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 02-4347 |
| HCI DIRECT | : |

**ORDER**

AND NOW, this 5th day of May, 2005, it is **ORDERED** that a status conference shall be held in the above-captioned matter on **Thursday, June 16, 2005, at 3:30 p.m.** in Courtroom 3A, United States Courthouse, 601 Market Street, Philadelphia, PA.[1]

BY THE COURT:

S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.

---

[1] Without explanation, Plaintiff failed to attend the status conference scheduled for April 18, 2005. Unless she has good cause not to do so, Plaintiff must attend the June 15, 2005 status conference set by this Order if her case is to proceed.