IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA STEELE | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 02-4347 |
| HCI DIRECT | : |

### ORDER

**AND NOW**, this 15th day of June, 2005, the Court finds as follows:

(1) Plaintiff has represented to the Court that she is not capable of proceeding in this matter without counsel;

(2) On March 22, 2005, the Court Ordered the Clerk of the Court to appoint Plaintiff new counsel;

(3) Despite repeated efforts, however, no attorney has agreed to accept Plaintiff's case.

Accordingly, it is **ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File until such time as it is possible to secure counsel for Plaintiff.  This Order shall not affect any rights of the parties to this litigation.

BY THE COURT:

S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.