IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA STEELE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| HCI DIRECT | : | NO. 02-4347 |

## ORDER

AND NOW, this     day of March, 2006, IT IS ORDERED that the Court's Order granting Plaintiff's request for appointment of counsel is hereby VACATED.

BY THE COURT:

/s/ Bruce W. Kauffman
_____
BRUCE W. KAUFFMAN, J.